UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PASCARELLA'S TOWING SERVICE, LLC,

                                  Plaintiff,

-against-

LOAD SOLUTIONS, INC., STOUGHTON
TRAILERS CANADA CORP.,

                                  Defendants.
-----------------------------------------------------------x
LOAD SOLUTIONS, INC.,

                                Third-Party Plaintiff,

-against-

ESTATE OF MARY LOUISE STEIN,

                                Third-Party Defendant.
-----------------------------------------------------------x

Docket No.: 5:09-CV-940

(DNH) (ATB)

STIPULATION OF
DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action be, and the same hereby is, dismissed, with prejudice and without costs as to any party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
          January 14, 2010

SCOLARO, SHULMAN, COHEN, FETTER & BURSTEIN, P.C.

_____
CHAIM J. JAFFE, ESQ. (CJ-507042)
Attorney for Plaintiff
507 Plum Street, Suite 300
Syracuse, NY 13202
(315) 471-8111

STRONGIN ROTHMAN & ABRAMS, LLP

_____
DAVID ABRAMS (DA-302480)
Attorneys for Defendants/Third-Party Plaintiff
LOAD SOLUTIONS, INC. and
STOUGHTON TRAILERS CANADA CORP.
5 Hanover Square, 4th Floor
New York, NY 10004
(212) 931-8300

TAYLOR & ASSOCIATES

_____
SEAN A. TOMKO, ESQ. ( 105819 )
One Columbia Circle
Albany, NY 12203
(518) 452-0802
Attorneys for Third-Party Defendant
ESTATE OF MARY L STEIN

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge
Dated: January 29, 2010
       Syracuse, NY